UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAR WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>YUBA COUNTY SUPERIOR COURTS, et al.,<br><br>   Defendants. | No. 2:25-cv-01853 SCR P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a pretrial detainee proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff initiated the action on February 5, 2025, by filing a complaint in the U.S. District Court for the Western District of Oklahoma. (ECF No. 1.) On July 2, 2025, the action was transferred to this District. (ECF No. 8.) However, on July 16, 2025, the new case documents and consent order served by this Court on plaintiff's address of record were returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case.

1

Further, IT IS RECOMMENDED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) be DENIED as moot; and

2. This action be dismissed without prejudice for failure to prosecute. Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 29, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE