UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAR WASHINGTON,<br>Plaintiff,<br>v.<br>YUBA COUNTY SUPERIOR COURTS, et al.,<br>Defendants. | No. 2:25-cv-01853 DAD SCR P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. Nos. 2, 10) |

Plaintiff Lavar Washington is a pretrial detainee proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute and plaintiff's motion to proceed in forma pauperis (Doc. No. 2) be denied as moot. (Doc. No. 10.) Specifically, the magistrate judge concluded that the new case documents and consent order served by the court on plaintiff by mail to his address of record were returned to the court as undeliverable by the postal service, indicating that plaintiff had failed to comply with Local Rule 183(b) which requires parties appearing *pro per* to inform the court of any change in their address. (*Id.* at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 2, 2025 (Doc. No. 10) are adopted in full;
2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is DENIED as having been rendered moot by this order;
3. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with Local Rule 183(b); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE